IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SUTTON PLACE ASSOCIATES, LIMITED PARTNERSHIP d/b/a SUNRISE APARTMENT and EMMER MANAGEMENT CORPORATION,

Appellants,

v.

MINA PUGH, as Personal Representative of the Estate of DEOVAN PUGH, deceased,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0988

Opinion filed February 2, 2016.

An appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, III, Judge.

Scott A. Cole and Kathryn Smith of Cole, Scott & Kissane, P.A., Miami, for Appellants.

James C. Blecke of the Haggard Law Firm, P.A., Coral Gables, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, BILBREY, and WINOKUR, JJ., CONCUR.